| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **SHAVITZ LAW GROUP, P.A.** |
| Justin M. Swartz | Gregg I. Shavitz (admitted *pro hac vice*) |
| Michael N. Litrownik | Susan H. Stern (admitted *pro hac vice*) |
| 3 Park Avenue, 29th Floor | 1515 South Federal Highway, Suite 404 |
| New York, New York 10016 | Boca Raton, Florida 33432 |
| Telephone: (212) 245-1000 | Telephone: (561) 447-8888 |
| Facsimile: (212) 977-4005 | Facsimile: (561) 447-8831 |

Jennifer L. Liu
1 Embarcadero Center, Suite 3860
San Francisco, California 94111
Telephone: (212) 638-8800
Facsimile: (646) 509-2092

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA MILLS, RHONDA JONES, LAUREL MARTIN, WILLIAM SCOTT-SELGADO, KRISTEN SMITH, BRAD SALAZAR, VERONICA SANDOVAL-WANG, and JEAN ALONGE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>    -against-<br><br>CAPITAL ONE, N.A.<br><br>        Defendant. | No. 14 Civ. 1937 (SHS) (HP) |

**NOTICE OF MOTION OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT
OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF
<u>PLAINTIFFS' PROPOSED NOTICES OF SETTLEMENT</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for

Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement

Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs'

Proposed Notices of Settlement ("Motion for Preliminary Approval") and in the Declarations of

Justin M. Swartz ("Swartz Decl.") and Gregg I. Shavitz ("Shavitz Decl.") in Support of Plaintiffs' Motion for Preliminary Approval, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as **Exhibit A** to the Swartz Declaration;

(2) conditionally certifying the following settlement subclasses under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement:

- a. New York Class Members: The "New York Class Members" consist of all individuals who were employed as ABMs by Defendant in the State of New York from March 7, 2008 through July 7, 2014;

- b. New Jersey Class Members: The "New Jersey Class Members" consist of all individuals who were employed as ABMs by Defendant in the State of New Jersey from March 7, 2012 through July 7, 2014; and

- c. Maryland Class Members: The "Maryland Class Members" consist of all individuals who were employed as ABMs by Defendant in the State of Maryland from March 7, 2011 through July 7, 2014.

(3) appointing Outten & Golden LLP and the Shavitz Law Group, P.A. as Class Counsel;

(4) approving the Proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing, attached as **Exhibit B** to the Swartz Declaration; and the Proposed Notice of Proposed Settlement of Collective Action Lawsuit and Fairness Hearing, attached as **Exhibit C** to the Swartz Declaration; and directing their distribution; and

(5) granting such other, further, or different relief as the Court deems just and proper.

\*       \*       \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: July 29, 2014
New York, New York

                                           Respectfully submitted,
                                           **OUTTEN & GOLDEN LLP**
                                           By:

                                           /s/ Justin M. Swartz
                                           Justin M. Swartz
                                           **OUTTEN & GOLDEN LLP**
                                           Justin M. Swartz
                                           Michael N. Litrownik
                                           3 Park Avenue, 29th Floor
                                           New York, New York 10016
                                           Telephone:  (212) 245-1000
                                           Facsimile:  (212) 977-4005

                                           Jennifer L. Liu
                                           1 Embarcadero Center, Suite 3860
                                           San Francisco, California 94111
                                           Telephone: (212) 638-8800
                                           Facsimile: (646) 509-2092

                                           **SHAVITZ LAW GROUP, P.A.**
                                           Gregg I. Shavitz (admitted *pro hac vice*)
                                           Susan H. Stern (admitted *pro hac vice*)
                                           1515 S. Federal Highway, Suite 404
                                           Boca Raton, Florida 33432
                                           Telephone: (561) 447-8888
                                           Facsimile: (561) 447-8831

                                           **Attorneys for Plaintiffs and the Putative Class and Collective**